UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SHELLIE L. CATON, )
                  )
        Plaintiff, )
    vs.            ) NO. 1:11-cv-00245-MJD-TWP
                  )
MICHAEL J. ASTRUE, )
                  )
        Defendant. )

**JUDGMENT**

The Court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that SHELLIE L. CATON was not entitled to Social Security Supplemental Security Income Disability benefits based upon her application filed on August 17, 2007, is AFFIRMED.

Dated: 02/27/2012

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com